# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**AMY ANN BARRETT**                                                                            **PLAINTIFF**

**VS.**                              **No. 3:20-cv-00006 PSH**

**ANDREW SAUL, Commissioner,**
    **Social Security Administration**                                         **DEFENDANT**

## ORDER

The defendant's unopposed motion for additional time (docket entry no. 20) in which to file a response to the plaintiff's brief is granted, and he is directed to submit his response on or before September 28, 2020.

IT IS SO ORDERED this 1st day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE