**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**AMY ANN BARRETT**                                                                      **PLAINTIFF**

**V.**                                    **NO. 3:20CV00006 JM-PSH**

**ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION**                                   **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

Judgment is entered in favor of the Defendant.

DATED this 9th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE